```
               UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF MISSISSIPPI
                     JACKSON DIVISION
```

HENRY J. MCCRORY                                            PLAINTIFF

VS.                                CIVIL ACTION NO. 3:05CV218TSL-JCS

RYOBI TECHNOLOGIES, INC.                                    DEFENDANT

<u>JUDGMENT</u>

In accordance with the court's memorandum opinion and order entered this date, it is ordered and adjudged that plaintiff's complaint in this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 13th day of April, 2007.

<u>/s/Tom S. Lee</u>
UNITED STATES DISTRICT JUDGE